No. 86–694. KOLENTUS ET AL. *v.* AVCO CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–702. JOHNSON ET UX. *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 86–707. JENSEN *v.* COUNTY OF LANCASTER ET AL. Cir. Ct. Lancaster County, Va. Certiorari denied.

No. 86–710. SLADE *v.* UNITED STATES OF MEXICO. C. A. D. C. Cir. Certiorari denied.

No. 86–713. STORRS *v.* MUNICIPALITY OF ANCHORAGE. Sup. Ct. Alaska. Certiorari denied.

No. 86–716. RANDOLPH COUNTY *v.* ALABAMA POWER CO. C. A. 11th Cir. Certiorari denied.

No. 86–717. NAMACO INDUSTRIES, INC. *v.* ROBART WOOD & WIRE PRODUCTS CORP. C. A. 4th Cir. Certiorari denied.

No. 86–718. ALEXANDER *v.* CITY OF MENLO PARK ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–720. LOOART PRESS, INC. *v.* CALIFORNIA STATE BOARD OF EQUALIZATION. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–723. COHEN *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–725. DOOLEY ET AL. *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–726. BAKER *v.* LOS ANGELES HERALD EXAMINER ET AL. Sup. Ct. Cal. Certiorari denied.

No. 86–727. DERVISHIAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.